*E-Filed 9/17/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY STINER, | No. C 12-4274 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| KEVIN CHAPPELLE, | |
| Respondent. | |

This is a federal habeas corpus action. Petitioner was ordered to perfect his application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, within 30 days, or face dismissal of the action. More than 30 days have passed and petitioner has not perfected his IFP application or paid the filing fee. Accordingly, the action is DISMISSED without prejudice to petitioner paying the filing fee or filing a complete IFP application. Petitioner's IFP motion (Docket No. 2) is DENIED without prejudice. The Clerk shall terminate Docket No. 2, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: September 17, 2012

RICHARD SEEBORG
United States District Judge